UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-60383-JWC |
| JONATHAN STEPHON SMITH, JR., ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR APPROVAL**

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

The Debtor needs to lower his plan payment to accommodate an increase in living expenses.

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court September 17, 2019, as follows:

Paragraph 2 of the Plan is modified to **delete:**

The debtor(s) will pay   $150.00   per   month   for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.
   *Check if applicable.*
   ■ The amount of the Regular Payment will change as follows *(If this box is not checked, the rest of § 2.1 need not be completed or reproduced. Insert additional lines as needed for more changes.):*

| **Beginning on** *(insert date):* | **The Regular Payment amount will change to** *(insert amount):* | **For the following reason** *(insert reason for change):* |
|---|---|---|
| February, 2020 | $350.00  per   month | lease ends |

Paragraph 2 of the Plan is modified to **add:**

The debtor(s) will pay   $162.00   per   month   for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.
   *Check if applicable.*
   ☐ The amount of the Regular Payment will change as follows *(If this box is not checked, the rest of § 2.1 need not be completed or reproduced. Insert additional lines as needed for more changes.):*

Dated: April 1, 2020

/s/
Jonathan S. Smith, Jr.

/s/
Teresa Stephens
GA Bar No. 679464
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                            )
                                                  )   CASE NO. 19-60383-JWC
JONATHAN STEPHON SMITH, JR.,                      )
                                                  )   CHAPTER 13
         Debtor.                                  )

NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND
HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modifications you are receiving with this Notice of have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on **April 1, 2020.** If the twenty-fourth day after the date of filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**     Clerk, United States Bankruptcy Court
                         Room 1340 United States Courthouse
                         Richard B. Russell Building
                         75 Ted Turner Dr., SW
                         Atlanta, Georgia 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

Jonathan S. Smith Jr.
343 Jackson Street, Apt D
Buford GA 30518

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **May 12, 2020, at 2:30 pm** in **Courtroom 1203**, U.S. Courthouse, 75 Ted Turner Dr., Atlanta, Georgia. **If no objection is**

**timely filed, the Court may approve the proposed modification without further notice or hearing.**

**\*\*\*Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (www.ganb.uscourts.gov) prior to the hearing for instructions on whether to appear in person or by phone.**

Dated: April 1, 2020

/s/
Jonathan S. Smith, Jr.

/s/
Teresa Stephens
GA Bar No. 679464
Attorney for the Debtor
BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta GA 30303

Jonathan S. Smith Jr.
343 Jackson Street, Apt D
Buford GA 30518

(Plus to all creditors on attached Creditor Mailing Matrix)

This the 1st day of April, 2020.

/s/
Teresa Stephens
GA Bar No. 679464
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing        Matthew Thomas Berry                    Capital One
113E-1                                  Matthew T. Berry & Associates          Attn: Bankruptcy
Case 19-60383-jwc                       Suite 600                              PO Box 30285
Northern District of Georgia            2751 Buford Highway, NE                Salt Lake City, UT 84130-0285
Atlanta                                 Atlanta, GA 30324-5457
Wed Apr  1 09:35:54 EDT 2020

Capital One Bank (USA), N.A.            Capital One Bank (USA), N.A.           Eagle Creek Apartments
by American InfoSource as agent         by American InfoSource as agent        4280 S Lee Street G1
4515 N Santa Fe Ave                     PO Box 71083                           Buford GA 30518-6007
Oklahoma City OK 73118-7901             Charlotte, NC  28272-1083


Gregory M. Eells                        Experian Utility Self                  Impact Receivables Management
Eells Law Group, LLC                    Po Box 4500                            Attn: Bankruptcy
P. O. Box 870195                        Allen, TX 75013-1311                   11104 W Airport Blvd
Stone Mountain, GA 30087-0005                                                  Stafford, TX 77477-3035


(p)JEFFERSON CAPITAL SYSTEMS LLC        (p)LENDMARK FINANCIAL SERVICES         Lendmark Financial Services, LLC
PO BOX 7999                             2118 USHER ST                          911 Market Place Blvd, Ste 12
SAINT CLOUD MN 56302-7999               COVINGTON GA 30014-2434                Cumming GA 30041-7938



Moneylion                               Reg Fin 1108                           Regional Management Corporation
Attn:  Bankruptcy Dept                  755 Lawrenceville Suwanee Rd           979 Batesville Road, Suite B
P.O. Box 1547                           Lawrenceville, GA 30043-7346           Greer, SC 29651-6819
Sandy, UT 84091-1547


Regions Bank                            Rent-A-Center                          Susan H. Senay
1900 Fifth Ave N                        5501 Headquarters Dr                   Matthew T. Berry & Associates
Birmingham, AL 35203-2670               Plano TX 75024-5845                    Suite 600
                                                                               2751 Buford Highway NE
                                                                               Atlanta, GA 30324-5457

Jonathan Stephon Smith Jr.              Snap On Crdt                           Teresa R. Stephens
343 Jackson Street Apt D                950 Technology Way                     Matthew T. Berry & Associates
Buford, GA 30518-2775                   Suite 301                              Suite 600
                                        Libertyville, IL 60048-5339            2751 Buford Highway NE
                                                                               Atlanta, GA 30324-5457

Western Shamrock Corporation            Nancy J. Whaley                        World Acceptance Corp
801 South Abe Street                    Nancy J. Whaley, Standing Ch. 13 Trustee   Attn: Bankruptcy
San Angelo, TX 76903-6735               303 Peachtree Center Avenue            POB 6429  108 Frederick St
                                        Suite 120, Suntrust Garden Plaza       Greenville, SC 29607-2532
                                        Atlanta, GA 30303-1216

World Finance Corp. c/o World Acceptance Cor   World Finance Corporation
Attn: Bankruptcy Processing Center      World Acceptance Corporation
PO Box 6429                             Bankruptcy Processing Center
Greenville, SC 29606-6429               P.O. Box 6429
                                        Greenville, SC 29606-6429
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JEFFERSON CAPITAL SYSTEMS LLC           (d)Jefferson Capital Systems LLC        Lendmark Financial Services, LLC
PO Box 7999                             PO Box 7999                             2118 Usher St
St Cloud MN 56302                       St Cloud, MN 56302-9617                 Covington, GA 30014
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Lendmark Financial Services, LLC     End of Label Matrix
                                        Mailable recipients    25
                                        Bypassed recipients     1
                                        Total                  26
```